Filed by ____ D.C.
ELECTRONIC
Nov. 24, 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO: _____

PATRICIA MCCLUNG,

**09-82345-CiV-Marra/Johnson**

    Plaintiff,

vs.

JOHN AND LOUISA COHLAN,

    Defendants,

_____/

## COMPLAINT

Plaintiff, Patricia McClung, files her Complaint to sue Defendants John and Louisa Cohlan for violations of 29 U.S.C. §§ 201 *et seq.* of the Fair Labor Standards Act. In support thereof, Plaintiff alleges as follows:

1) This is an action pursuant to 29 U.S.C. § 201 *et seq.*, Fair Labor Standards Act ("FLSA") to recover unpaid wages, an additional equal amount as liquidated damages, and reasonable attorney's fees and costs.

2) Jurisdiction is conferred upon this Court by 29 U.S.C. §§202 and 216(b).

3) Venue is proper for the United States District Court for the Southern District of Florida because the Defendants live and do work in this District.

4) During all times relevant to this suit, Plaintiff resided and worked in the Southern District of Florida, is over 18 years of age and is otherwise *sui juris*.

5) At all relevant time periods, Plaintiff was an employee of Defendants.

6) Plaintiff was engaged in interstate commerce as set forth in 29 U.S.C. §202, meeting the individual coverage requirements of the FLSA.

7) Defendants are covered "employers" for purposes of the FLSA as defined in 29 U.S.C. §§ 203(d).

8) Plaintiff was a covered "employee" pursuant to the FLSA as defined by 29 U.S.C. §§ 203(e).

9) Plaintiff worked for Defendant pursuant to an oral employment contract from on or about March 2008 through July 2009.

10) Plaintiff's regular rate was approximately $28.85 plus additional employment benefits.

11) While Defendants are responsible for recording Plaintiff's actual hours worked and Plaintiff will seek such records from Defendants through discovery, Plaintiff worked over 900 hours overtime hours during her employment with Defendants.

12) Plaintiff is entitled to recover unpaid overtime amounting to approximately $40,000.00.

13) Plaintiff was employed by Defendants performing domestic services work, including serving as a nanny.

14) Plaintiff worked in excess of forty (40) hours in a week on one or more workweeks within 2 years from the date this Complaint is filed.

15) Despite working more than forty (40) hours, Defendants failed to pay Plaintiff overtime.

16) At all times, Defendants failed to comply with 29 U.S.C. §§ 201-219 in that Plaintiff performed services for Defendants for which Defendants failed to properly pay for those hours worked.

17) Plaintiff is also entitled to liquidated damages as Defendants failed to act in a good

faith basis in not paying overtime.

19) Plaintiff has retained the undersigned legal counsel to prosecute this action on her behalf and has agreed to pay the firm a reasonable fee for their services.

19) Plaintiff is entitled to reasonable attorney's fees if they are the prevailing party.

## COUNT I
## RECOVERY OF UNPAID COMPENSATION IN VIOLATION OF FLSA

20) Plaintiff re-adopts, incorporates by reference, and re-asserts Paragraphs 1-19 above as though fully set forth herein.

22) Plaintiff worked in excess of forty (40) hours on one or more weeks.

23) If the Court determines that Plaintiff is entitled to overtime, Plaintiff is entitled to be paid overtime for each hour worked in excess of forty (40) hours in each workweek.

24) Defendants failed to make reasonable efforts to determine whether they were complying with the provisions of the FLSA concerning the payment of overtime compensation by their failure to pay Plaintiff for all her overtime hours in accordance with the FLSA.

WHEREFORE, Plaintiff demands judgment against Defendants for the wages and overtime payments due her for the hours worked by her for which she has not been properly compensated, liquidated damages, reasonable attorney's fees and costs of suit, and for all proper relief including prejudgment interest and any further relief that the Court deems necessary.

DATED: November 23, 2009

LAW OFFICES OF WILLIAM H. PINCUS
*Counsel for Plaintiff*
324 North Lakeside Court
West Palm Beach, Florida 33407
Telephone:   561-868-1340
Facsimile:   561-366-1310
E-mail:rcurrier@whpincuslaw.com

By: _____
Romin N. Currier
Florida Bar No. 566985

~ 4 ~

09-82345-CiV-Marra/Johnson
Case 9:09-cv-82345-KAM Document 1 Entered on FLSD Docket 11/24/2009 Page 5 of 5
PLACE FILED D.C.
ELECTRONIC
Nov. 24, 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**JS 44** (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
PATRICIA McCLUNG

## DEFENDANTS
JOHN AND LOUISA COHLAN

(b) County of Residence of First Listed Plaintiff: **PALM BEACH**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **PALM BEACH**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
ROMIN N. CURRIER, ESQ., LAW OFFICES OF WILLIAM H. PINCUS, 324 NORTH LAKESIDE COURT, WEST PALM BEACH, FL 33407; 561-868-1340

Attorneys (If Known)
Jeffrey Smith, Esq.

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☐ BROWARD ☒ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

09CV82345 KAM/LRJ

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** / **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage |  | ☐ 710 Fair Labor Standards Act / ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability |  | ☐ 720 Labor/Mgmt. Relations / ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability |  |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act / ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  |  | ☐ 740 Railway Labor Act / ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** |  | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)
☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page:)
a) Re-filed Case ☐ YES ☒ NO
b) Related Cases ☐ YES ☒ NO
JUDGE                DOCKET NUMBER

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
29 U.S.C. § 201 et seq. - violation of the FLSA to recover unpaid wages.

LENGTH OF TRIAL via __3__ days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 75,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE 9/21/09

FOR OFFICE USE ONLY
AMOUNT 350   RECEIPT # 726627   IFP