UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-82345-Civ-Marra/Johnson

PATRICIA MCCLUNG,

    Plaintiff,

v.

JOHN and LOUIS COHLAN,

    Defendants.
_____/

### ORDER RE JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court on the parties' Joint stipulation for Dismissal With Prejudice, the Court having reviewed the file and being fully advised, it is hereby

ORDERED AND ADJUDGED that:

The parties' Settlement Agreement and General Release is approved and the Joint Stipulation for Dismissal With Prejudice is hereby GRANTED.

*All pending motions are DENIED as moot. The Clerk shall CLOSE this case.*

                                              _____ 1/15/10
                                              KENNETH A. MARRA
                                              U. S. DISTRICT COURT JUDGE

Copies furnished to:

G. Joseph Curley, Esq.
Brian M. McPherson, Esq.
Gunster, Yoakley & Stewart, P.A.
Phillips Point, East Tower
777 S. Flagler Drive, Suite 500
West Palm Beach, FL 33401

Romin Currier, Esq.
504 51st St
West Palm Beach, FL 33407-2718